**MARC V, by next friend Dr Eugene V, Plaintiff–Appellant**

**Mu–Hsian V, Intervenor Plaintiff–Appellant**

v.

**NORTH EAST INDEPENDENT SCHOOL DISTRICT, Defendant–Appellee.**

No. 06–51296.

United States Court of Appeals, Fifth Circuit.

Sept. 18, 2007.

Bill F. Fowler, for Plaintiff–Appellant.

Christopher L. Jonas, Law Offices of Christopher Jonas, Corpus Christi, TX, for Intervenor Plaintiff–Appellant.

Jeffrey L. Rogers, Miles Thomas Bradshaw, Feldman & Rogers, Houston, TX, for Defendant–Appellee.

Before REAVLEY, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: *

Judge Rodriguez carefully considered the claims made by the plaintiffs and essentially for the reasons he gave in his opinion and order, the judgment is affirmed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.